Fred Feltman, as Administrator, etc., of Frances Feltman, Deceased, Respondent, v. Albert L. Kearns, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

Anna Finch, Appellant, v. Florence M. Falk, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Sophie Friberg, Appellant, v. Rockaway Point Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Charles Graeskes, Appellant, v. Lee & Simmons, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Katherine Griska, as Administratrix, etc., of Dominick Griska, Deceased, Respondent, v. The City of New York and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

Harold Hamblet, Appellant, v. Buffalo Library Garage Co., Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

Harway Improvement Company, Respondent, v. Hugh R. Partridge, Defendant, Impleaded with The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of Katharine P. Ashmead, Appellant, for an Order of Mandamus against Charles L. Craig, as Comptroller of the City of New York, Respondent.— Upon the stipulation of both the appellant and the respondent settling and discontinuing the proceedings and withdrawing the appeal, said appeal is marked " withdrawn." Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.